# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE TORRES,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **DEREK OBERLANDER, et al.,** | : | |
| *Respondents*. | : | **NO. 21-cv-2163** |

## ORDER

**AND NOW**, this **25th** day of **October 2023**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 2), Respondents' Response (ECF No. 17), Petitioner's Reply (ECF No. 19), review of the docket, review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 40), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**